# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT BAKER, JR.,<br><br>    Defendant. | Case No. 2:10-CR-00119-KJD-GWF<br><br>**ORDER** |

   Before the Court for consideration is the Findings and Recommendations (#51) of Magistrate Judge George W. Foley entered March 6, 2013, recommending that Defendant's Motion to Suppress (#43) be denied.  Objections (#52) to the Magistrate Judge's Findings and Recommendations were filed by Defendant ROBERT BAKER, JR. pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada.  The Government filed a response in opposition (#54) to the objections to which Defendant replied (#55).

   The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Findings and Recommendations (#51) of the United States Magistrate Judge entered March 6, 2013, should be **ADOPTED** and **AFFIRMED**.

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Findings and Recommendations (#51) entered March 6, 2013, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress (#43) is **DENIED**.

DATED this 29th day of April 2013.

_____
Kent J. Dawson
United States District Judge