1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   501 Las Vegas Boulevard South, Suite 1100
3  Las Vegas, Nevada  89101
   (702) 388-6336
4  Attorneys for the United States

5                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
6

7  UNITED STATES OF AMERICA,         )
                                     )
8            Plaintiff,              )
                                     )
9     vs.                            )  Case No.: 2:10-CR-00119-KJD-GWF
                                     )
10 ROBERT BAKER, JR,                 )  **Motion to Reduce Term of**
                                     )  **Imprisonment to Time Served**
11           Defendant.              )
                                     )
12                                   )

13 _____

           **COMES NOW** the United States of America, by the Acting Director of the
14
   Federal Bureau of Prisons and through the undersigned United States Attorney, and respectfully
15
   moves the Court pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), to modify the defendant's term of
16
   imprisonment to time served. In support hereof, the United States and the Acting Director of the
17
   Federal Bureau of Prisons state as follows:
18
           1.   On April 30, 2013, Robert Baker, Jr. pleaded guilty to violating 18 U.S.C. §
19
   2252A(a)(2), Receipt of Child Pornography.
20
           2.   On January 23, 2014, Mr. Baker was sentenced by the Honorable Kent J. Dawson,
21
   Judge in the United States District Court for the District of Nevada, to 60 months of
22
   imprisonment, with a lifetime term of supervised release.
23
           3.   Mr. Baker's projected release date is August 20, 2018, via Good Conduct Time
24
   Release.

4. Mr. Baker, age 48, has been diagnosed with metastatic colorectal cancer. His condition is terminal and rapidly deteriorating, and his life expectancy is estimated to be three to six months.

5. If the motion is granted, Mr. Baker will reside with his mother in Las Vegas, Nevada. The U.S. Probation Office for the District of Nevada has approved the release plan.

**WHEREFORE**, it is respectfully requested that the Court reduce the term of imprisonment to the time the defendant has now served. Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Court, upon motion of the Director of the Bureau of Prisons, may modify a term of imprisonment upon the finding that "extraordinary and compelling reasons" exist to warrant a reduction. The defendant's terminal medical condition and limited life expectancy constitute "extraordinary and compelling reasons" warranting the requested reduction. The defendant would not, however, be subject to complete release, as he would begin serving the lifetime term of supervised release previously imposed by the Court.

Dated this 12th, day of August, 2016.

*/s/ Daniel G. Bogden*
DANIEL G. BOGDEN
United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT BAKER, JR, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:10-CR-00119-KJD-GWF <br><br> **Order to Reduce Term of Imprisonment to Time Served** |

**BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Robert Baker, to time served. The court finds:

1. On April 30, 2013, Mr. Baker pleaded guilty to violating 18 U.S.C. § 2252A(a)(2), Receipt of Child Pornargraphy.

2. On January 23, 2014, Mr. Baker was sentenced in the United States District Court for the District of Nevada, to 60 months of imprisonment, with a lifetime term of supervised release. Mr. Baker's projected release date is August 20, 2018, via Good Conduct Time Release.

3. Mr. Baker, age 48, has been diagnosed metastatic cancer. His condition is terminal and rapidly deteriorating, and his life expectancy is estimated to be three to six months.

4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Federal Bureau of Prisons contends, and this court agrees, that the defendant's terminal medical condition and limited life expectancy constitute extraordinary and compelling reasons that warrant the requested reduction.

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the lifetime term term of supervised release previously imposed.

Dated this 15th day of August, 2016.

*[signature]*

Kent J. Dawson
United States District Judge

2